UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) CASE NO: 11-42321-399  Chapter 13
    RONALD WILLARD CHITWOOD )
) Trustee's Objection to Confirmation
)
) Original confirmation hearing
Debtor(s) ) set for May 18, 2011 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

/s/ John V. LaBarge, Jr.
--------------------------------
John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143    (314) 781-8100
trust33@ch13stl.com   Fax:(314) 781-8881

KLW-221

Copy served on the following either through the Court's ECF system or by ordinary mail on April 26, 2011:

GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


RONALD WILLARD CHITWOOD
3913 KATHLEEN PLACE
ST PETERS MO  63376